AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| MILLENNIUM LABORATORIES, INC., | ) | Case No.: 12-cv-01063-MMA-JM |
| --- | --- | --- |
|  | ) | Hearing Date: |
| v. | ) |  |
| AMERITOX LTD., | ) | Hearing Time: |
|  | ) | Hearing Location: Clerk's Office |
|  |  | 333 West Broadway, Ste. 420 |
|  |  | San Diego, CA 92101 |

**BILL OF COSTS**

Judgment having been entered in the above entitled action on  __08/27/2013__  against  __Millennium Laboratories__ ,
                                                                 *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. | $ 618.00 |
| Fees for service of summons and subpoena ............................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,016.20 |
| Fees and disbursements for printing.................................................. | 0.00 |
| Fees for witnesses *(itemize on page two)* ............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................. | 0.00 |
| Docket fees under 28 U.S.C. 1923 .................................................. | 0.00 |
| Costs as shown on Mandate of Court of Appeals...................................... | 0.00 |
| Compensation of court-appointed experts ............................................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ....................................................... | 2,202.64 |
| **TOTAL** | **$ 4,836.84** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service  ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/ Matthew F. Carmody

Name of Attorney: Matthew F. Carmody

For: __Ameritox, Ltd.__   Date: __09/11/2013__
     *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*       *Deputy Clerk*       *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# GROUP EXHIBIT

# A

**Fees of the Clerk:**

| Cost Description | Cost Incurred |
|---|---|
| Pro Hac Vice Application for Michael Osterhoff | $206.00 |
| Pro Hac Vice Application for Adam Marchuk | $206.00 |
| Pro Hac Vice Application for Matthew Carmody | $206.00 |

**Total: 618.00**

**Fees for Transcripts:**

| Cost Description | Cost Incurred |
|---|---|
| Copy of Transcript for 8/28/13 Deposition of Harry L. Leider, M.D. | $2,016.20 |

**Total: $2,016.20**

**Other Costs:**

| Cost Description | Cost Incurred |
|---|---|
| Document Production Costs (as itemized in invoice) | $2,202.64 |

**Total: 2,202.64**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MILLENNIUM LABORATORIES, INC.

    Plaintiff

vs.

AMERITOX, LTD.

    Defendant

Case No. 12CV1063 MMA JMA

PRO HAC VICE APPLICATION

AMERITOX, LTD.
Party Represented

FILED
12 JUN 29 PM 2:53
CLERK, U.S. DISTRICT
SOUTHERN DIST. OF CALIF.
DEPUTY

I, Michael R. Osterhoff (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: K&L Gates LLP
Street address: 70 W. Madison Street Suite 3100
City, State, ZIP: Chicago, IL 60602-4209
Phone number: 312-372-1121

That on May 7, 1998 (Date) I was admitted to practice before U.S. District Court, N.D. of IL (Name of Court) and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [X] have) [ ] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case AMERITOX, LTD. v. MILLENNIUM LABORATORIES, INC.

Case number 11-cv-00866-LAB-BGS    Date of application 08/08/11

Application [X] granted   [ ] denied

I declare under penalty of perjury that the foregoing is true and correct.

_Michael R. Osterhoff_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Seth A. Gold
(Name)
K&L Gates LLP
(Firm)
10100 Santa Monica Blvd., 7th Floor
(Street)

310-552-5000
(Telephone)

Los Angeles, CA
(City)

90067
(Zip code)

_Michael R. Osterhoff_
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

JUN 25 2012

39888 $206 SP

Received $206.00 for Court Library fee

_____ Deputy Clerk

Date 6-29-2012

It is so Ordered

_____

**Pro Hac Vice**    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $206.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

    W. Samuel Hamrick, Jr., Clerk
    United States District Court
    Southern District of California
    880 Front Street Suite 4290
    San Diego, California 92101-8900

8/7/07



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MILLENNIUM LABORATORIES, INC.,

Plaintiff,

v.

AMERITOX LTD.,

Defendant.

Civil No. 12-cv-1063-MMA-JMA

**PRO HAC VICE APPLICATION**

AMERITOX, LTD.
Party Represented

I, ___Adam Marchuk___ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Perkins Coie LLP
Street address: 131 S. Dearborn St., Ste. 1700
City, State, ZIP: Chicago, IL  60603-5559
Phone number: (312) 324-8407
Email: AMarchuk@perkinscoie.com

FILED
AUG 2 9 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

That on __12/30/2003__ I was admitted to practice before __U.S. Dist. Court, N.D. of Illinois__
(Date)                                                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I  ☒ have)  ☐ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case Ameritox, LTD. v. Millenium Laboratories Clinical Supply, Inc.
Case Number 12-cv-02797-W-RBB                              Date of Application Feb 13, 2013
Application:  ☒ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Adam Marchuk_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Philip Morin                                                (858) 720-5745
(Name)                                                      (Telephone)

Perkins Coie LLP
(Firm)

11988 El Camino Real, Suite 200           San Diego                            92130
(Street)                                   (City)                              (Zip code)

_/s/ Adam Marchuk_
(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)

The above application is hereby approved for filing.

**RECEIVED**
AUG 27 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY #206.00 (A) 54 256 DEPUTY

Received $206.00 for Court Library fee

_____ Deputy Clerk

W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk

**Pro Hac Vice** (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, he/she is in good standing and eligible to practice in said court, (4) that he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number and written consent of such designee.

**Fee:** $206.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, California 92101



**United States District Court**
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 0 8 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MILLENNIUM LABORATORIES, INC., a California corporation,
Plaintiff,

v.

AMERITOX, LTD, a Texas Limited partnership,
Defendant.

Civil No. 12-cv-1063

**PRO HAC VICE APPLICATION**

AMERITOX, LTD
Party Represented

I, _____Matthew Carmody_____ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Perkins Coie LLP
Street address: 131 S. Dearborn St., Ste. 1700
City, State, ZIP: Chicago, IL 60603-5559
Phone number: (312) 324-9447
Email: MCarmody@perkinscoie.com

That on  11/09/2000  I was admitted to practice before  the Illinois Supreme Court
(Date)                                                  (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____  Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Philip Morin                                    (858) 720-5745
(Name)                                          (Telephone)

Perkins Coie LLP
(Firm)

11988 El Camino Real, Suite 200          San Diego           92130
(Street)                                     (City)           (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)

RECEIVED
APR 0 5 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /ML 206.00, 4951/ DEPUTY

The pro hac application is hereby approved for filing.

W. Samuel Hamrick, Jr.
Clerk of Court

By Deputy Clerk

Received $206.00 for Court Library fee

_____ Deputy Clerk

<u>Pro Hac Vice</u> (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, he/she is in good standing and eligible to practice in said court, (4) that he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number and written consent of such designee.

Fee: $206.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, California 92101

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 96969 | 9/11/2013 | 31387 |
| **Job Date** | **Case No.** ||
| 8/28/2013 | |
| **Case Name** |||
| Millennium Laboratories, Inc. v. Ameritox, Ltd., |||
| **Payment Terms** |||
| Net 30, Interest at 1.5% / month |||

Adam L. Marchuk
Perkins Coie LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

COPY OF TRANSCRIPT OF:

    Harry L. Leider, M.D.   2,016.20

        Rough Draft/ASCII

        Exhibit Package   216.00 Pages

        Litigation Support Package

        Shipping & Handling (O)

**TOTAL DUE >>>**  **$2,016.20**
AFTER 10/11/2013 PAY   $2,117.01

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Adam L. Marchuk
Perkins Coie LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559

Invoice No.  :  96969
Invoice Date  :  9/11/2013
**Total Due**  :  **$2,016.20**

AFTER 10/11/2013 PAY  $2,117.01

Remit To:   **David Feldman Worldwide, Inc.**
           **405 Park Avenue, 16th Floor**
           **New York, NY 10022**

Job No.  :  31387
BU ID  :  DFW CR
Case No.  :
Case Name  :  Millennium Laboratories, Inc. v. Ameritox, Ltd.,


**LLM** LIQUID LITIGATION MANAGEMENT, INC.

115 E 5th St.
Suite 200
Austin, TX 78701
Fed Tax ID: 82-0567083

# Invoice

| To: |
|---|
| Perkins Coie LLP |
| 131 S Dearborn Street, Suite 1700 |
| Chicago, IL 60603 |

| Date |
|---|
| 9/10/2013 |

| Invoice | Invoice Date | Item | Description | Qty | Units | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| **Matter: Ameritox California Trade Dress -** | | | | | | | |
| 3861 | 4/30/2013 | Electronic Labeling | Bates and Designation Stamping | 15,822 | Pages | 0.02 $ | 316.44 |
| 3861 | 4/30/2013 | Production Formatting | Produce in single page tif format | 15,822 | Pages | 0.02 $ | 316.44 |
| 3861 | 4/30/2013 | Tech Time | Client requested we conduct several searches to compile a set of documents for production, cull potentially privileged docs, and batch out docs for QC by attorney | 1 | Hour | 200 $ | 200.00 |
| 3861 | 4/30/2013 | Load Fee | Load documents electronically | 3.293 | GBs | 175 $ | 576.28 |
| 3917 | 5/31/2013 | Electronic Labeling | Bates and Designation Stamping | 4,505 | Pages | 0.02 $ | 90.10 |
| 3917 | 5/31/2013 | Production Formatting | Produce in single page tif format | 4,505 | Pages | 0.02 $ | 90.10 |
| 3917 | 5/31/2013 | Load Fee | Load documents electronically | 0.8721 | GBs | 175 $ | 152.62 |
| 4024 | 7/31/2013 | Electronic Labeling | Bates and Designation Stamping | 787 | Pages | 0.02 $ | 15.74 |
| 4024 | 7/31/2013 | Production Formatting | Produce in single page tif format | 787 | Pages | 0.02 $ | 15.74 |
| 4024 | 7/31/2013 | Tech Time | Custom handling related to production | 0.5 | Hours | 200 $ | 100.00 |
| 4024 | 7/31/2013 | Load Fee | Load documents electronically | 1.4545 | GBs | 175 $ | 254.54 |
| Pending | Pending | Electronic Labeling | Bates and Designation Stamping | 838 | Pages | 0.02 $ | 16.76 |
| Pending | Pending | Load Fee | Load documents electronically | 0.2350 | GBs | 175 $ | 41.13 |
| Pending | Pending | Production Formatting | Produce in single page tif format | 838 | Pages | 0.02 $ | 16.76 |

**Total Due**  $ 2,202.64

| Phone | Fax | Email |
|---|---|---|
| 210 787 3118 | 210 820 8391 | accounting@llminc.com |